IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SUSAN LUDWIG,

      Plaintiff,                No. CIV S-10-0325 JAM EFB PS

      vs.

ADULT PROTECTIVE SERVICES OF
SACRAMENTO COUNTY; VERNA
MAGNUSON; UNIVERSITY OF
CALIFORNIA DAVIS MEDICAL
CENTER; McKINLEY HEALTH
CENTER; CITY OF SACRAMENTO
POLICE DEPARTMENT; A. CROSBY;       ORDER
MERCY HOSPITAL; and DOES 1-5,

      Defendants.

_____/

      This case, in which plaintiff was originally proceeding *pro se*, is before the undersigned pursuant to Eastern District of California Local Rule 302(c)(21).  *See* 28 U.S.C. § 636(b)(1).  On April 19, 2011, the assigned district judge signed an order approving the substitution of David J. Beauvais as plaintiff's attorney of record.  Because plaintiff is now represented by counsel, the referral to the magistrate judge will be withdrawn and the case will be referred back to the district judge.  Therefore, the June 29, 2011 status (pretrial scheduling) conference currently scheduled before the undersigned, Dckt. Nos. 2 and 14, will be vacated.  The magistrate judge shall continue to perform the usual discovery tasks associated with ordinary civil cases.

1        Accordingly, IT IS HEREBY ORDERED that:

2        1.  The referral of this case to the magistrate judge is withdrawn and the case is referred

3    back to the district judge; and

4        2.  The June 29, 2011 status (pretrial scheduling) conference currently scheduled before

5    the undersigned, Dckt. Nos. 2 and 14, is vacated.

6    DATED:  April 20, 2011.

7
                                    EDMUND F. BRENNAN
8                                    UNITED STATES MAGISTRATE JUDGE