EILEEN M. TEICHERT, City Attorney (SBN 167027)
**MARCOS A. KROPF, Senior Deputy City Attorney (SBN 180898)**
MKropf@cityofsacramento.org
CITY OF SACRAMENTO
Mailing:  P.O. Box 1948, Sacramento, CA  95812-1948
Office:  915 I Street, 4th Floor, Sacramento, CA  95814
Telephone:  (916) 808-5346
Telecopier:  (916) 808-7455

Attorneys for the CITY OF SACRAMENTO POLICE DEPARTMENT
AND DETECTIVE AMY CROSBY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN LUDWIG,<br><br>       Plaintiff,<br><br>vs.<br><br>ADULT PROTECTIVE SERVICES OF SACRAMENTO COUNTY; VERNA MAGNUSON; UNIVERSITY OF CALIFORNIA DAVIS, MEDICAL CENTER; McKINLEY HEALTH CENTER; CITY OF SACRAMENTO POLICE DEPARTMENT; A. CROSBY, MERCY HOSPITAL, and DOES 1-5,<br><br>       Defendants. | Case No.: 2:10-CV-00325-JAM-EFB<br><br>**AMENDED STIPULATION TO VACATE AND CONTINUE FILING OF THE JOINT STATUS REPORT;  ORDER THEREON**<br><br>Hearing on Motions<br>Date:         June 29, 2011<br>Time:         9:30 a.m.<br>Courtroom:   6<br>Assigned to Judge John A. Mendez<br>Action Filed: 2/8/2010 |

   Several motions to dismiss and a motion to quash have been filed in this action and are pending before this court.  Accordingly, the parties, by and through their counsel, request and stipulate to vacate and continue the date to file a Joint Status Report currently scheduled for June 10, 2011.  The parties request and stipulate that the deadline to file the Joint Status Report be continued to a date, to be determined by the court at least thirty (30) days following the court's ruling on the motions currently pending in this action.

PDF created with pdfFactory trial version www.pdffactory.com

Dated: _____        SUSAN LUDWIG

                              By: _____
                                    David John Beauvais
                              Attorney for Plaintiff Susan Ludwig


Dated: _____        MCKINLEY HEALTH CENTER

                              By: _____
                                    Eric S. Emanuels
                              Attorney for Defendant McKinley Health Center


Dated: _____        CITY OF SACRAMENTO POLICE DEPARTMENT
                              AND DETECTIVE AMY CROSBY

                              By: _____
                                    Marcos Alfonso Kropf
                              Attorney for Defendants City of Sacramento Police
                              Department  and Detective Amy Crosby


Dated: _____        MERCY HOSPITAL

                              By: _____
                                    Michael V. Ubaldi
                              Attorneys for Defendant Mercy Hospital


Dated: _____        ADULT PROTECTIVE SERVICES OF
                              SACRAMENTO COUNTY

                              By: _____
                                    Carol A. Wieckowski
                              Attorney for Adult Protective Services of Sacramento
                              County

2

AMENDED STIPULATION TO VACATE AND CONTINUE FILING OF JOINT STATUS REPORT;
[PROPOSED ORDER]

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

Pursuant to the Stipulation and request of the parties, the deadline to file the Joint Status Report, currently June 10, 2011, is vacated and will be rescheduled to a date to be determined by the court, following the court's ruling on several motions currently pending in this action.

DATED: 6/9/2011

/s/ John A. Mendez
JOHN A. MENDEZ
UNITED STATES DISTRICT JUDGE

AMENDED STIPULATION TO VACATE AND CONTINUE FILING OF JOINT STATUS REPORT; [PROPOSED ORDER]

PDF created with pdfFactory trial version www.pdffactory.com