1  DAVID J. BEAUVAIS (CA Bar # 84275)
   409 13th Street, 20th Floor
2  Oakland, California 94612
   Telephone: (510) 832-3605
3  Facsimile:   (510) 832-3610

4  Attorney for Plaintiff
   SUSAN LUDWIG
5

6

7

8
                    UNITED STATES DISTRICT COURT
9
                   EASTERN DISTRICT OF CALIFORNIA
10

11  SUSAN LUDWIG,                          ) No. 2:10-CV-00325 JAM-EFB
                                           )
12                                         )
                                           )
13                                         ) **STIPULATION AND ORDER**
                                           ) **GRANTING LEAVE TO FILE FIRST**
14          Plaintiff,                     ) **AMENDED COMPLAINT**
                                           )
15      vs.                                )
                                           )
16                                         )
    COUNTY OF SACRAMENTO et al.,           )
17                                         )
                                           )
18          Defendants.                    )
19  _____)

20
           IT IS HEREBY STIPULATED among the parties that plaintiff be granted leave to file
21
    a first amended complaint on or before June 29, 2011 and that the hearing date of June 29 on
22
    the motions to dismiss, motions to strike and the motion to quash be vacated.
23

24
           DATED: June 14, 2011
25

26                                              /s/ David J. Beauvais
                                                DAVID J. BEAUVAIS
27                                              Attorney for Plaintiff
                                                SUSAN LUDWIG
28

          STIPULATION AND ORDER GRANTING LEAVE TO FILE FIRST AMENDED COMPLAINT          1

1

2

DATED: June 14, 2011

3

/s/ Marcos A. Kropf
MARCOS A. KROPF

4

Attorney for Defendants
CITY OF SACRAMENTO

5

and A. CROSBY

6

7

DATED: June 14, 2011

8

9

/s/ Michael V. Ubaldi
MICHAEL V. UBALDI

10

Attorney for Defendant
CATHOLIC HEALH CARE

11

WEST dba Mercy Hospital

12

13

DATED: June 14, 2011

14

15

/s/ Carol A. Wieckowski
CAROL A. WIECKOWSKI

16

Attorney for Defendants
COUNTY OF SACRAMENTO

17

and VERNA MAGNUSON
(Appearing Specially)

18

19

DATED: June 14, 2011

20

21

/s/ Eric S. Emanuels
ERIC S. EMANUELS

22

Attorney for Defendant
McKINLEY HEALTH CENTER

23

24

25

26

27

28

1

2
**ORDER**

3
The Court having considered the stipulation of the parties and good cause appearing

4
therefor:

5
**IT IS HEREBY ORDERED** that plaintiff be granted leave to file a first amended

6
complaint on or before June 29, 2011 and that the hearing on motions calendared for June 29, 2011

7
is vacated.

8

9
DATED: 6/15/2011

10
/s/ John A. Mendez_____
UNITED STATES DISTRICT COURT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28