**UBALDI & McPHERSON LLP**
Michael V. Ubaldi, Esq., SBN 072986
Dennis P. McPherson, Esq., SBN 128879
Jamie A. Pearson, Esq., SBN 221261
455 University Avenue, Suite 360
Sacramento, CA 95825
Telephone: (916) 265-4555
Facsimile: (916) 265-4568

Attorneys for Defendant CATHOLIC HEALTHCARE WEST dba MERCY GENERAL HOSPITAL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN LUDWIG,<br><br>  Plaintiff,<br><br>vs<br><br>ADULT PROTECTIVE SERVICES OF SACRAMENTO COUNTY; VERNA MAGNUSON; UNIVERSITY OF CALIFORNIA DAVIS MEDICAL CENTER; CITY OF SACRAMENTO POLICE DEPARTMENT; A. CROSBY; MERCY GENERAL HOSPITAL,<br><br>  Defendants.<br>_____ / | Case No. 2:10-cv-00325 JAM EFB<br><br>**ORDER ON CATHOLIC HEALTHCARE WEST DBA MERCY GENERAL HOSPITAL'S MOTION TO DISMISS**<br><br>DATE:  September 21, 2011<br>TIME:  9:30 a.m.<br>Ct. Rm:  6 |

**IT IS HEREBY ORDERED:**

Catholic Healthcare West dba Mercy General Hospital's motion to dismiss heard on September 21, 2011 was unopposed and is GRANTED. This action is dismissed with prejudice as to Catholic Healthcare West dba Mercy General Hospital.

**IT IS SO ORDERED**

DATED: September 27, 2011

/s/ John A. Mendez
U. S. DISTRICT COURT JUDGE