BEACH | WHITMAN | COWDREY, LLP
9280 W. STOCKTON BLVD., SUITE 112
ELK GROVE, CALIFORNIA 95758
TELEPHONE: (916) 686-0851
FACSIMILE: (916) 686-6537

Andrew K Whitman - State Bar #128358
Eric S. Emanuels - State Bar No. 140168
mail@beachwhitman.com
Attorneys for Defendant,
McKINLEY HEALTH CARE CENTER, INC. dba
HORIZON WEST – McKINLEY PARK (erroneously sued
herein as McKINLEY HEALTH CENTER)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO

| | |
|---|---|
| SUSAN LUDWIG,<br><br>Plaintiff,<br><br>v.<br><br>ADULT PROTECTIVE SERVICES OF SACRAMENTO COUNTY; VERNA MAGNUSON; UNIVERSITY OF CALIFORNIA, DAVIS, MEDICAL CENTER; McKINLEY HEALTH CENTER; CITY OF SACRAMENTO POLICE DEPARTMENT; A. CROSBY; DOES 1-5, MERCY HOSPITAL,<br><br>Defendants.<br>_____ | Case No. 2:10-CV-00325-JAM-EFB<br>Complaint Filed 02/08/2010<br>Assigned to District Judge John A. Mendez, Courtroom 6<br>Referred to Magistrate Judge Edmund F. Brennan, Courtroom 24<br><br>**ORDER ON MOTION OF DEFENDANT TO DISMISS ACTION FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED**<br><br>**[Fed. R. Civ. P. Rule 12(b)(6)]**<br><br>Date: September 21, 2011<br>Time: 9:30 a.m.<br>Place: Courtroom 6 |

**IT IS HEREBY ORDERED:**

Defendant, McKINLEY HEALTH CARE CENTER, INC. dba HORIZON WEST – McKINLEY PARK'S (hereinafter "McKinley Park"), erroneously sued herein as McKINLEY HEALTH CENTER, motion to dismiss was heard on September 21, 2011. Plaintiff's counsel filed a notice of non-opposition. Plaintiff, then, at the hearing, indicated he wanted to withdraw the notice

1

**[PROPOSED] ORDER ON MOTION OF DEFENDANT TO DISMISS ACTION FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED**

of non-opposition and asked the court for leave to amend to file a second amended complaint against this defendant.

After oral argument, the court granted the motion of McKINLEY HEALTH CARE CENTER, INC. dba HORIZON WEST – McKINLEY PARK. This action is dismissed, therefore, with prejudice as to McKINLEY HEALTH CARE CENTER, INC. dba HORIZON WEST – McKINLEY PARK.

**IT IS SO ORDERED**.

Dated: 10/4/2011                    /s/ John A. Mendez
                                    Judge of the United States District Court
                                    Eastern District Of California - Sacramento

**[PROPOSED] ORDER ON MOTION OF DEFENDANT TO DISMISS ACTION FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED**