EILEEN M. TEICHERT, City Attorney (SBN 167027)
**SHERI M. CHAPMAN, Senior Deputy City Attorney (SBN 215775)**
SChapman@cityofsacramento.org
CITY OF SACRAMENTO
Mailing: P.O. Box 1948, Sacramento, CA  95812-1948
Office: 915 I Street, 4th Floor, Sacramento, CA  95814
Telephone: (916) 808-5346
Telecopier: (916) 808-7455

Attorneys for Defendants CITY OF SACRAMENTO
And AMY CROSBY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN LUDWIG,<br><br>        Plaintiff,<br><br>   vs.<br><br>CITY OF SACRAMENTO POLICE DEPARTMENT, et al.,<br><br>        Defendants. | Case No.: 2:10-CV-00325-JAM-EFB<br><br>**ORDER GRANTING CITY OF SACRAMENTO AND DET. AMY CROSBY'S MOTION TO DISMISS, WITH PREJUDICE**<br><br>Hearing Date: September 21, 2011<br>Time:            9:30 a.m.<br>Courtroom:   6<br>Hon.           Hon. John A. Mendez |

Defendants CITY OF SACRAMENTO and Det. AMY CROSBY's Motion to Dismiss the Amended Complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure came regularly for hearing before the court on September 21, 2011.  Plaintiff SUSAN LUDWIG was present and was represented by David J. Beauvais.  Defendants were represented by the City Attorney, Sr. Deputy City Attorney Sheri M. Chapman appearing therefore.

The Court having considered the moving papers, the opposition brief, and the parties' oral argument, grants Defendants' Motion to dismiss the Amended Complaint, with prejudice.

IT IS HEREBY ORDERED as follows:

(1) OFFICER MULLIGAN is dismissed as a party to this action.

1

PDF created with pdfFactory trial version www.pdffactory.com

(2) The claims alleged against the CITY OF SACRAMENTO are dismissed with prejudice. The claims are barred by the two year statute of limitations. Leave to amend is denied because amendment of the First Amended Complaint would be futile.

(3) The claim for relief alleged against Det. AMY CROSBY is dismissed with prejudice. The claim is barred by the two year statute of limitations. Leave to amend is denied because amendment of the First Amended Complaint would be futile.

IT IS SO ORDERED.

DATED: October 4, 2011

/s/ John A. Mendez
HON. JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

ORDER GRANTING CITY OF SACRAMENTO AND DET. AMY CROSBY'S MOTION TO DISMISS

PDF created with pdfFactory trial version www.pdffactory.com