Carol A. Wieckowski, Esq. (SBN 95586)
Cathleen J. Fralick, Esq. (SBN 146378)
EVANS, WIECKOWSKI & WARD, LLP
745 University Avenue
Sacramento, CA 95825
Telephone: (916)923-1600
Facsimile: (916)923-1616
Attorneys for Defendant
ADULT PROTECTIVE SERVICES
OF SARAMENTO COUNTY

**PUBLIC ENTITY -FILING FEE WAIVED**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Susan Ludwig;,<br><br>Plaintiff,<br><br>vs.<br><br>Adult Protective Services Of Sacramento County; Verna Magnuson; University Of California Davis Medical Center; McKinley Health Center; City Of Sacramento Police Department, A. Crosby; Mercy Hospital and Does 1-5, Inclusively,<br><br>Defendants. | **Case No. 2:10-CV-00325-JAM-EFB**<br><br>**ORDER GRANTING MOTION TO DISMISS BY DEFENDANT ADULT PROTECTIVE SERVICES OF SACRAMENTO COUNTY WITHOUT PREJUDICE TO FILE AMENDED COMPLAINT(FRCP 12(b)(6))**<br><br>**Date: September 21, 2011**<br>**Time: 9:30 a.m.**<br>**Courtroom: 6**<br>**Assigned: Judge John A. Mendez**<br>**Action filed: 02/08/10**<br>**1st Amended Complaint: 06/29/11** |

The Motion of Defendant ADULT PROTECTIVE SERVICES OF SACRAMENTO COUNTY, to Dismiss the Plaintiff’s First Amended Complaint came on regularly for hearing on September 21, 2011 at 9:30 a.m. in Courtroom 6, before the Honorable Judge John A. Mendez.

Defendant Adult Protective Services of Sacramento County (hereinafter “Defendant County”) appeared by Counsel Cathleen J.

Fralick of Evans, Wieckowski, & Ward, LLP and Plaintiff Susan Ludwig appeared by Counsel David J. Beauvais.

Based on the pleadings submitted, and a hearing on the motion, it is hereby ordered:

1. Defendant County's Motion to Dismiss the First Amended Complaint was granted without prejudice;

2. Any Amended Complaint must be served on Defendants within 20 days after the hearing of September 21, 2011.

Dated: October 12, 2011.

/s/ John A. Mendez
John A. Mendez
United States District Court Judge

Approved as to form:

Dated: September 28, 2011

David J. Beauvais
Attorney for Plaintiff Susan Ludwig