```
Carol A. Wieckowski, Esq. (SBN 95586)
Cathleen J. Fralick, Esq. (SBN 146378)
EVANS, WIECKOWSKI & WARD, LLP
745 University Avenue
Sacramento, CA 95825
Telephone: (916)923-1600
Facsimile: (916)923-1616
Attorneys for Defendant
ADULT PROTECTIVE SERVICES
OF SARAMENTO COUNTY
```

**PUBLIC ENTITY -FILING FEE WAIVED**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| Susan Ludwig;, | ) **Case No. 2:10-CV-00325-JAM-EFB** |
|---|---|
| Plaintiff, | ) **ORDER GRANTING MOTION** |
| | ) **TO DISMISS BY DEFENDANT** |
| vs. | ) **ADULT PROTECTIVE SERVICES** |
| | ) **OF SACRAMENTO COUNTY WITHOUT** |
| Adult Protective Services Of | ) **PREJUDICE TO FILE AMENDED** |
| Sacramento County; Verna | ) **COMPLAINT(FRCP 12(b)(6))** |
| Magnuson; University Of | ) |
| California Davis Medical | ) |
| Center; McKinley Health Center; | ) **Date: September 21, 2011** |
| City Of Sacramento Police | ) **Time: 9:30 a.m.** |
| Department, A. Crosby; | ) **Courtroom: 6** |
| Mercy Hospital and Does 1-5, | ) **Assigned: Judge John A. Mendez** |
| Inclusively, | ) **Action filed: 02/08/10** |
| | ) **1st Amended Complaint: 06/29/11** |
| Defendants. | ) |

The Motion of Defendant ADULT PROTECTIVE SERVICES OF SACRAMENTO COUNTY, to Dismiss the Plaintiff's First Amended Complaint came on regularly for hearing on September 21, 2011 at 9:30 a.m. in Courtroom 6, before the Honorable Judge John A. Mendez.

Defendant Adult Protective Services of Sacramento County (hereinafter "Defendant County") appeared by Counsel Cathleen J.

1

Fralick of Evans, Wieckowski, & Ward, LLP and Plaintiff Susan Ludwig appeared by Counsel David J. Beauvais.

Based on the pleadings submitted, and a hearing on the motion, it is hereby ordered:

1. Defendant County's Motion to Dismiss the First Amended Complaint was granted without prejudice;

2. Any Amended Complaint must be served on Defendants within 20 days after the hearing of September 21, 2011.

Dated: October 12, 2011.

/s/ John A. Mendez
John A. Mendez
United States District Court Judge

Approved as to form:

Dated: September 28, 2011

_____
David J. Beauvais
Attorney for Plaintiff Susan Ludwig