1  DAVID J. BEAUVAIS (SB# 84275)
   409 13th Street, 20th Floor
2  Oakland, California 94612
   Telephone: (510) 832-3605
3  Facsimile:  (510) 832-3610

4  Attorney for Plaintiff
   SUSAN LUDWIG

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN LUDWIG, | ) No. 2:10-CV-00325-JAM-EFB |
| | ) |
| Plaintiff, | ) **STIPULATION AND ORDER RE** |
| | ) **RULING ON MOTION TO DISMISS** |
| vs. | ) |
| | ) |
| COUNTY OF SACRAMENTO; VERNA MAGNUSON in her individual capacity as social worker for Sacramento County Adult Protective Services; CITY OF SACRAMENTO; A. CROSBY in his individual capacity as a police officer for the City of Sacramento; OFFICER MULLIGAN in his individual capacity as a police officer for the City of Sacramento;  DOES  1-5 in their individual capacities as police officers for the City of Sacramento; McKINLEY HEALTH CARE CENTER, Inc.; CATHOLIC HEALTH CARE WEST dba MERCY GENERAL HOSPITAL; DOES 6 through 10 in their individual capacities as employees of the State of California employed at UC Davis Medical Center; DOES 11 through 20, | ) |
| Defendants. | ) |
| _____ | ) |

    Plaintiff, SUSAN LUDWIG, through her counsel, DAVID J. BEAUVAIS and the  COUNTY OF SACRAMENTO through its counsel, CAROL A. WEICKOWSKI of EVANS, WIECKOWSKI & WARD, LLP enter into the following stipulation:

Stipulation and Order re Motion to Dismiss

1. The law firm of EVANS, WIECKOWSKI & WARD, LLP accepts service of the summons and the first amended complaint on behalf of VERNA MAGNUSON.

2. VERNA MAGNUSON is deemed to have joined in the County's motion to dismiss heard on September 21, 2011 and agrees to be bound by that ruling as to Count Two of the First Amended Complaint without prejudice to filing a Motion to Dismiss as to Count One of the First Amended Complaint.

Dated: October 28, 2011

/s/ David J. Beauvais
DAVID J. BEAUVAIS
Attorney for Plaintiff
SUSAN LUDWIG

Dated: October 25, 2011

/s/ Carol A. Wieckowski
CAROL A. WIECKOWSKI
Attorney for Defendant
VERNA MAGNUSON

**ORDER**

IT IS SO ORDERED

Dated:   11/1/2011

/s/ John A. Mendez
UNITED STATES DISTRICT COURT JUDGE