Carol A. Wieckowski, Esq. (SBN 95586)
Cathleen J. Fralick, Esq. (SBN 146378)
EVANS, WIECKOWSKI & WARD, LLP
745 University Avenue
Sacramento, CA 95825
Telephone: (916)923-1600
Facsimile: (916)923-1616
Attorneys for Defendant
ADULT PROTECTIVE SERVICES
OF SARAMENTO COUNTY AND DEFENDANT VERNA MAGNUSON
**PUBLIC ENTITY -FILING FEE WAIVED**

FILED
JAN 2 0 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Susan Ludwig;, | ) Case No. 2:10-CV-00325-JAM-EFB |
| Plaintiff, | ) **NOTICE OF DISMISSAL OF** |
| | ) **DEFENDANT ADULT PROTECTIVE** |
| vs. | ) **SERVICES OF SACRAMENTO COUNTY** |
| Adult Protective Services Of Sacramento County; Verna Magnuson; University Of California Davis Medical Center; McKinley Health Center; City Of Sacramento Police Department, A. Crosby; Mercy Hospital and Does 1-5, Inclusively, | ) |
| | ) **Assigned: Judge John A. Mendez** |
| | ) **Action filed:** 02/08/10 |
| | ) **First Amended Complaint:** |
| | ) 06/29/11 |
| Defendants. | ) |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORDS:**

The Motion of Defendant ADULT PROTECTIVE SERVICES OF SACRAMENTO COUNTY (hereafter "Defendant APS") to Dismiss the Plaintiff's First Amended Complaint without prejudice was granted on September 21, 2011 at 9:30 a.m. in Courtroom 6, before the Honorable Judge John A. Mendez. On October 17, 2011, Plaintiff filed a Response to the Order Granting Leave to File

Amended Complaint as to Defendant APS stating she did not intend to file a Second Amended Complaint against Defendant APS. Accordingly, said failure to amend the complaint per the court order operates as a dismissal of Defendant Adult Protective Services of Sacramento County and accordingly no further responsive pleading on the part of said Defendant is necessary.

**Dated: January 18, 2012**         EVANS, WIECKOWSKI, & WARD, LLP

By: _____
Carol A. Wieckowski
Cathleen J. Fralick
Attorneys for Defendant
ADULT PROTECTIVE SERVICES
OF SACRAMENTO COUNTY

IT IS SO ORDERED:

Date: 1-20-2012                    _____
John A. Mendez
United States District
Court Judge