Carol A. Wieckowski, Esq. (SBN 95586)
Cathleen J. Fralick, Esq. (SBN 146378)
EVANS, WIECKOWSKI & WARD, LLP
745 University Avenue
Sacramento, CA 95825
Telephone: (916)923-1600
Facsimile: (916)923-1616
Attorneys for Defendant
ADULT PROTECTIVE SERVICES
OF SARAMENTO COUNTY AND DEFENDANT VERNA MAGNUSON
**PUBLIC ENTITY -FILING FEE WAIVED**

FILED
JAN 2 0 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Susan Ludwig;, <br><br> Plaintiff, <br><br> vs. <br><br> Adult Protective Services Of Sacramento County; Verna Magnuson; University Of California Davis Medical Center; McKinley Health Center; City Of Sacramento Police Department, A. Crosby; Mercy Hospital and Does 1-5, Inclusively, <br><br> Defendants. | **Case No. 2:10-CV-00325-JAM-EFB** <br><br> **NOTICE OF DISMISSAL OF DEFENDANT ADULT PROTECTIVE SERVICES OF SACRAMENTO COUNTY** <br><br><br> **Assigned: Judge John A. Mendez** <br> **Action filed:** 02/08/10 <br> **First Amended Complaint:** <br> 06/29/11 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORDS:**

The Motion of Defendant ADULT PROTECTIVE SERVICES OF SACRAMENTO COUNTY (hereafter "Defendant APS") to Dismiss the Plaintiff's First Amended Complaint without prejudice was granted on September 21, 2011 at 9:30 a.m. in Courtroom 6, before the Honorable Judge John A. Mendez. On October 17, 2011, Plaintiff filed a Response to the Order Granting Leave to File

Proposed Notice of Dismissal by APS Sac. County re Motion to Dismiss First Amended Complaint - 1
Case No. 2:10-CV-00325-JAM-EFB

1  Amended Complaint as to Defendant APS stating she did not intend
2  to file a Second Amended Complaint against Defendant APS.
3  Accordingly, said failure to amend the complaint per the court
4  order operates as a dismissal of Defendant Adult Protective
5  Services of Sacramento County and accordingly no further
6  responsive pleading on the part of said Defendant is necessary.
7  

**Dated: January 18, 2012**             EVANS, WIECKOWSKI, & WARD, LLP

                                        By: _____
                                        Carol A. Wieckowski
                                        Cathleen J. Fralick
                                        Attorneys for Defendant
                                        ADULT PROTECTIVE SERVICES
                                        OF SACRAMENTO COUNTY

IT IS SO ORDERED:

Date: 1-20-2012          _____
                         John A. Mendez
                         United States District
                         Court Judge